UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

FERDINAND KWASHIE AND STEVEN
GOORNER, on behalf of themselves and all other
similarly situated,

                                          Plaintiffs,

          -against-

GARY KAVULICH
D/B/A KAVULICH & ASSOCIATES, P.C.,

                                          Defendants.

------------------------------------------------------------------X

JUDGMENT
11-CV-1363 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   MAR 26 2012   ★

BROOKLYN OFFICE

          An Order of Honorable Dora L. Irizarry, United States District Judge, having

been filed on March 23, 2012, dismissing the complaint, without prejudice, for failure to

prosecute; it is

          ORDERED, ADJUDGED AND DECREED that the complaint is dismissed,

without prejudice, for failure to prosecute.

Dated: Brooklyn, New York
          March 26, 2012

                                                    Douglas C. Palmer
                                                    Clerk of Court

                              by:        s/MG
                                                    Michele Gapinski
                                                    Chief Deputy for
                                                    Court Operations